District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jose Esteban VALLEJOS POZO,<br><br>Petitioner,<br><br>v.<br><br>Bruce SCOTT,<br><br>Respondent. | Case No. 2:26-cv-03570-KKE<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING AMENDED HABEAS PETITION AND BRIEFING SCHEDULE** |

Having considered the Parties' Stipulated Motion Regarding Amended Habeas Petition and Briefing Schedule, the Court GRANTS the motion. Dkt. No. 9. Accordingly, the Court ORDERS as follows:

1. Petitioner shall file the amended petition for a writ of habeas corpus by Tuesday, October 6, 2026.
2. Respondents will file a response to the habeas petition by Tuesday, October 20, 2026.
3. Petitioner may file a traverse / reply to the response no later than Monday, October 26, 2026.

4. The clerk will note this matter for consideration on the same day as Petitioner's traverse: Monday, October 26, 2026.

5. The original scheduling order (Dkt. No. 3) is VACATED.

6. Respondents shall provide Petitioner and Petitioner's counsel at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner from the Western District of Washington or to remove them from the United States. Respondents shall also (1) file the notice of intent to transfer or remove on the Court's docket; and (2) file a notice on the docket if the transfer or removal is completed.

DATED this 2nd day of October, 2026.

Kymberly K. Evanson
United States District Judge